**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
W. Joseph Bruckner
Charles N. Nauen
Heidi M. Silton
Elizabeth R. Odette
Brian D. Clark
Rachel Kitze Collins
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:   (612) 339-6900
Facsimile:   (612) 339-0981
E-Mail:   wjbruckner@locklaw.com
            cnnauen@locklaw.com
            hmsilton@locklaw.com
            erodette@locklaw.com
            bdclark@locklaw.com
            rakitzecollins@locklaw.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: LIQUID ALUMINUM SULFATE ANTITRUST LITIGATION**<br><br>**ALL ACTIONS**<br><br><br>This Document Relates to: All Civil Actions | 2:16-md-2687 (JLL)(JAD)<br>(MDL 2687) |

**NOTICE OF APPEARANCE**

Pursuant to the Court's Order dated February 16, 2016 (Dkt. No. 2), I hereby enter my appearance in the above-captioned action as an out-of-state attorney representing Plaintiffs as detailed below that are ten of the related cases consolidated into the above-captioned action:

i.   City of Rochester, Minnesota of *City of Rochester, Minnesota v. Hawkins, Inc., et al*, 0:15-cv-04266 (D. Minn.);

ii.  Metropolitan Council of *Metropolitan Council v. Hawkins, Inc. et al.*, 0:15-cv-04303 (D. Minn.);

501558.1

iii.   Water, Light, Power and Building Commission of the City of East Grand Forks of *Water, Light, Power and Building Commission of the City of East Grand Forks v. Hawkins, Inc., et al.*, 0:15-cv-04350 (D. Minn.);

iv.   City of Minneapolis of City of *Minneapolis v. Frank A. Reichl, et al.*, 0:15-cv-04434 (D. Minn);

v.   City of Duluth, Minnesota of *City of Duluth, Minnesota v. Frank A. Reichl, et al.*, 0:15-cv-04435 (D. Minn.);

vi.   TeeMark Corporation of *TeeMark Corporation v. Frank A. Reichl, et al.*, 0:15-cv-04438 (D. Minn.);

vii.   Board of Water Commissioners of the City of Saint Paul, Minnesota of *Board of Water Commissioners of the City of Saint Paul, Minnesota v. Frank A. Reichl, et al.*, 0:15-cv-04582 (D. Minn.);

viii.   City of St. Cloud, Minnesota of *City of St. Cloud, Minnesota v. Frank A. Reichl, et al.*, 0:16-cv-00091 (D. Minn);

ix.   City of Milwaukee of *City of Milwaukee v. Frank A. Reichl, et al.*, 2:16-cv-00212 (E.D. Wis.); and

x.   City of Fergus Falls, Minnesota and City of Arcadia, Wisconsin, Utility Commission of *City of Fergus Falls, Minnesota, City of Arcadia, Wisconsin, Utility Commission v. Frank A. Reichl, et al.*, 0:16-cv-00176 (D. Minn).

In support of this out-of-state attorney appearance, I hereby certify that:

1.   I am admitted to practice and in good standing in the United States District Court for the District of Minnesota.

2.   I have paid the requisite fee to the New Jersey Lawyers Fund for Client Protection as required under Local Civil Rule 101.1(c)(2).

3.   I have paid the pro hac vice admission fee to the Clerk of the Court as required under Local Civil Rule 101.1(c)(3).

| | |
|---|---|
| Dated: March 2, 2016 | s/ Charles N. Nauen<br>Charles N. Nauen<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Tel:  (612) 339-6900<br>Fax:  (612) 339-0981<br>cnnauen@locklaw.com<br><br>*Attorneys for Plaintiffs City of Rochester, Minnesota; Metropolitan Council; Water, Light, Power and Building Commission of the City of East Grand Forks; City of Minneapolis; City of Duluth, Minnesota; TeeMark Corporation; Board of Water Commissioners of the City of Saint Paul, Minnesota; City of St. Cloud, Minnesota; City of Milwaukee; City of Fergus Falls, Minnesota and City of Arcadia, Wisconsin* |

## CERTIFICATE OF SERVICE

      Charles N. Nauen hereby certifies that a copy of the foregoing NOTICE OF APPEARANCE OF CHARLES N. NAUEN was filed through the ECF system, which will send copies electronically to all counsel on the Court's electronic filing system for this action.

Date:  March 2, 2016                                         s/ Charles N. Nauen
                                                                                 Charles N. Nauen