**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: LIQUID ALUMINUM SULFATE ANTITRUST LITIGATION<br><br>*This Document Relates to: ALL ACTIONS* | 16-md-2687 (JLL) (JAD)<br>(MDL 2687)<br><br>**ORDER APPOINTING PLAINTIFFS' LEADERSHIP POSITIONS** |

On March 9, 2016, the Court entered an Order announcing its intent to appoint a Plaintiffs' Steering Committee ("PSC") to manage Plaintiffs' pretrial activities in this MDL. (ECF No. 72.) Having considered all of the applications submitted, together with the qualifications and experience of each applicant and the Court's own experience with those applicants who have appeared in this Court in an MDL context or other complex cases, the Court hereby ORDERS as follows:

1. **Plaintiffs' Steering Committee** – the following counsel are appointed as members of the PSC:

James E. Cecchi
Carella Byrne Cecchi Olstein Brody & Agnello, P.C.
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700
jcecchi@carellabyrne.com

Bruce D. Greenberg
Lite DePalma Greenberg, LLC
570 Broad Street, Suite 1201
Newark, NJ 07102
(973) 623-3000
bgreenberg@litedepalma.com

Michael D. Critchley
Critchley & Kinum & DeNola LLC
75 Livingston Ave
Roseland, NJ 07068-3737
(973) 731-9831
mcritchley@critchleylaw.com

Eric B. Fastiff
Lieff, Cabraser, Heiman & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
(415) 956-1000
efastiff@lchb.com

Page 1 of 6

| | |
|---|---|
| Paul J. Geller<br>Robbins Geller Rudman & Dowd LLP<br>120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432<br>(561) 750-3000<br>pgeller@rgrdlaw.com | Linda P. Nussbaum<br>Nussbaum Law Group PC<br>570 Lexington Avenue, 19th Floor<br>New York, NY 10022<br>212-702-7053<br>lnussbaum@nussbaumpc.com |
| Manuel Juan Dominguez<br>Cohen Milstein Sellers & Toll<br>2925 PGA Blvd.<br>Palm Beach Gardens, FL 33410<br>(561) 833-6575<br>jdominguez@cohenmilstein.com | Lisa J. Rodriguez<br>Schnader Harrison Segal & Lewis LLP<br>Woodland Falls Corporate Park<br>220 Lake Drive East, Suite 200<br>Cherry Hill, NJ 08002-1165<br>856-482-5222<br>ljrodriguez@schnader.com |
| H. Laddie Montague<br>Berger & Montague, PC<br>1622 Locust Street<br>Philadelphia, PA 19103<br>(215) 875-3000<br>hlmontague@bm.net | Christopher A. Seeger<br>Seeger Weiss LLP<br>77 Water Street, 26th Floor<br>New York, NY 10005<br>212-584-0700<br>cseeger@seegerweiss.com |
| Paul F. Novak<br>Milberg LLP<br>One Kennedy Square<br>777 Woodward Avenue, Suite 890<br>Detroit, MI 48226<br>313-309-1760<br>pnovak@milberg.com | Whitney Erin Street<br>Block & Leviton LLP<br>520 Third Street, Suite 108<br>Oakland, CA 94109<br>415-968-8999<br>whitney@blockesq.com |

The PSC appointments are personal to the individual attorney appointed. The Court may add or replace members upon request from the PSC, or on its own motion, if and as circumstances warrant.

2. **Interim Lead Counsel and Chair of the PSC** – the Court hereby designates **James E. Cecchi** of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. to serve as Interim Lead Counsel and Chair of the PSC. Mr. Cecchi shall be generally responsible for coordinating Plaintiffs' pretrial activities and shall:

a. Determine (after such consultation with other members of the PSC and/or other co-counsel as may be appropriate) and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the Court and Defendants the position of Plaintiffs on all matters arising during pretrial proceedings;

b. Coordinate the initiation and conduct of discovery on behalf of Plaintiffs consistent with the requirements of Fed. R. Civ. P. 26, including the preparation of master interrogatories and master requests for production of documents and coordinate the examination of witnesses in depositions;

c. Coordinate discovery efforts with co-counsel to ensure that discovery is conducted in an efficient, orderly, and non-duplicative manner;

d. Conduct settlement negotiations on behalf of their group, but not enter into binding agreements except to the extent expressly authorized;

e. Delegate specific tasks to other counsel or committees of counsel, as authorized by the Court, in a manner to ensure that pretrial preparation is conducted efficiently and effectively;

f. Enter into stipulations with opposing counsel (after such consultation with other members of the PSC and/or other co-counsel as may be appropriate) as necessary for the conduct of the litigation;

g. Prepare and distribute periodic status reports to the parties;

h. Maintain adequate time and disbursement records covering services as lead counsel;

i. Monitor the activities of co-counsel to ensure that schedules are met and

unnecessary expenditures of time and funds are avoided;

j. Perform such other duties as may be incidental to proper coordination of the PSC's pretrial activities or authorized by further order of the Court; and

k. Appoint additional committees, as necessary, including but not limited to expert, discovery, trial, and settlement committees.

3. **Liaison Counsel** – the Court hereby designates **Bruce D. Greenberg** of Lite DePalma Greenberg to serve as Liaison Counsel. Mr. Greenberg shall work in conjunction with Mr. Cecchi in coordinating the overall prosecution and presentation of Plaintiffs' case and, in addition, Mr. Greenberg shall:

   a. Serve as intermediary between Plaintiffs' counsel and the Court;

   b. Prepare agendas for court conferences and periodically report regarding the status of the case;

   c. Maintain and distribute to co-counsel an up-to-date service list;

   d. Receive and, as appropriate, distribute to co-counsel orders from the Court and documents from opposing parties and counsel;

   e. Establish and maintain a document depository;

   f. Maintain and make available to co-counsel at reasonable hours a complete file of all documents served by or upon each party except such documents as may be available at a document depository; and

   g. Carry out other such duties as the Court may order.

4. **Initial Scheduling Order Deadlines** – in accordance with this Court's Initial Scheduling Order (ECF No. 72)

   a. Plaintiffs shall file a <u>consolidated amended complaint</u> **on or before Friday, May 20, 2016**, and

   b. the parties shall jointly submit a <u>proposed protective order</u> for the Court's consideration **on or before Tuesday, April 19, 2016**.

5. **Compensation** – the Court will make the final determination as to the compensation and reimbursement of Plaintiffs' counsel. Any plaintiff's counsel who may seek an award of fees or expenses by the Court in connection with this MDL shall keep a daily record of his/her time spent and expenses incurred, including a specific record of the hours, locations and particular activities. The failure to maintain such records and/or provide a sufficient description of the activity will be grounds for denying applications for attorneys' fees. Time and expense submissions should be submitted timely, on a quarterly basis, to Plaintiffs' lead counsel for compilation. Nothing contained in this paragraph shall be construed to limit the rights of any party or counsel to oppose the award of attorneys' fees. The Court will provide further details in a subsequent Order.

6. **Attorney Client Privilege** – this Court recognizes that cooperation by and among Plaintiffs' counsel and by and among Defendants' counsel is essential for the orderly and expeditious conduct of this litigation. The communication of information among and between Plaintiffs' counsel and among and between Defendant's counsel shall not be deemed a waiver of attorney client privilege or the protection afforded attorney's work

product, and cooperative efforts contemplated above shall not in any way be used against Plaintiffs by any Defendant or against Defendant by any Plaintiff. Nothing contained in this paragraph shall be construed to limit the rights of any party or counsel to assert the attorney-client or joint defense privilege or the attorney work-product doctrine.

**IT IS SO ORDERED**.

DATED: April 5th, 2016

JOSE L. LINARES
UNITED STATES DISTRICT JUDGE