UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: LIQUID ALUMINUM SULFATE ANTITRUST LITIGATION**<br><br>**ALL ACTIONS** | 2:16-md-2687 (JLL) (JAD)<br>(MDL 2687) |
| This Document Relates to: All Civil Actions | |

## [PROPOSED] ORDER WITHDRAWING HIBA HAFIZ AS COUNSEL FOR PLAINTIFFS

The motion to withdraw Hiba Hafiz as counsel for Plaintiffs in the above captioned matter is GRANTED. The Clerk of the Court is ordered to remove Ms. Hafiz's name from the docket for this case.

Dated: _____        _____

Honorable Jose L. Linares
United States District Court Judge