# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

| | | | |
|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | FRANCIS C. HAND | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | AVRAM S. EULE | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | RAYMOND W. FISHER | ALAN J. GRANT° |
| JAN ALAN BRODY | CARL R. WOODWARD, III | CHRISTOPHER H. WESTRICK* | STEPHEN R. DANEK |
| JOHN M. AGNELLO | MELISSA E. FLAX | | DONALD A. ECKLUND |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | OF COUNSEL | MEGAN A. NATALE |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | | ZACHARY S. BOWER+ |
| | BRIAN H. FENLON | *CERTIFIED BY THE SUPREME COURT OF | MICHAEL CROSS |
| JAMES D. CECCHI (1933-1995) | LINDSEY H. TAYLOR | NEW JERSEY AS A CIVIL TRIAL ATTORNEY | CHRISTOPHER J. BUGGY |
| JOHN G. GILFILLAN III (1936-2008) | CAROLINE F. BARTLETT | | JOHN V. KELLY III |
| ELLIOT M. OLSTEIN (1939-2014) | | | °MEMBER NY BAR ONLY |
| | | | +MEMBER FL BAR ONLY |

**5 BECKER FARM ROAD**
**ROSELAND, N.J. 07068-1739**
**PHONE (973) 994-1700**
**FAX (973) 994-1744**
**www.carellabyrne.com**

July 12, 2016

<u>Via ECF</u>

Honorable Joseph A. Dickson
United States Magistrate Judge
Martin Luther King Federal Building
50 Walnut Street
Newark, NJ 07102

    RE: *Liquid Aluminum Sulfate Antitrust Litigation*
       **Civil Action No. 16-md-2687(JLL)(JAD)**
       **MDL No. 2687**

Dear Judge Dickson:

  This firm is Lead Counsel on behalf of Plaintiffs in the above-referenced multidistrict litigation. As a follow-up to our July 11 letter requesting an extension of time to file an amended complaint, Plaintiffs and the corporate Defendants have reached an agreement relating to an extension of time.

  The corporate Defendants will serve their Government Productions so as to be received by the close of business, Eastern Daylight Time, on July 15, 2016 and Plaintiffs will have until August 22, 2016 to file their consolidated amended complaint. If this is acceptable to the Court, Plaintiffs respectfully request that the Court "So Order" this letter and have a "filed" copy returned to us via the Court's ECF system.

  Thank you for your attention to this matter. If the Court has any questions, we are available at your convenience.

         Respectfully submitted,

         CARELLA, BYRNE, CECCHI,
         OLSTEIN, BRODY & AGNELLO, P.C.

         /s/ James E. Cecchi

         JAMES E. CECCHI

cc:  All counsel (via ECF)