# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**IN RE: LIQUID ALUMINUM SULFATE ANTITRUST LITIGATION**

*This Document Relates to: Putative Class of Direct Purchaser Plaintiffs*

Civil Action No. 16-md-2687 (JLL)(JAD)
(MDL No. 2687)

## DECLARATION OF JAMES H. MUTCHNIK IN SUPPORT OF DEFENDANT GEO SPECIALTY CHEMICALS, INC.'S MOTION TO DISMISS

James H. Mutchnik
Sydney L. Schneider
**KIRKLAND & ELLIS LLP**
300 N. LaSalle Street
Chicago, IL 60654
Phone: (312) 862-2000
Fax: (312) 862-2200
james.mutchnik@kirkland.com
sydney.schnider@kirkland.com

Cormac T. Connor
**KIRKLAND & ELLIS LLP**
655 15th Street, N.W., Ste 1200
Washington, DC 20005
Phone: (202) 879-5000
Fax:  (202) 879-5200
cormac.connor@kirkland.com

Robert F. Ware
Mark R. Butscha, Jr.
**THOMPSON HINE LLP**
3900 Key Center
127 Public Square
Cleveland, OH  44114
Phone:  (216) 566-5500
Fax:  (216) 566-5800
rob.ware@thompsonhine.com
mark.butscha@thompsonhine.com

*Attorneys for Defendant GEO Specialty Chemicals, Inc.*

JAMES H. MUTCHNIK, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

1. I am member of the law firm of Kirkland & Ellis LLP, which represents Defendant GEO Specialty Chemicals, Inc. ("GEO"). I submit this Declaration in support of GEO's Motion to Dismiss the Direct Purchaser Plaintiffs' Consolidated Amended Complaint (Dkt. 220) with prejudice as to claims relating to any conduct prior to December 31, 2004.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Debtors' Third Modified Joint Plan of Reorganization Under Chapter 11, Title 11, *In re GEO Specialty Chemicals, Inc., et al*, Case No. 04-19148 (MS) (Bankr. D. N.J. Nov. 22, 2004) (Dkt. 887).

3. Attached hereto as Exhibit 2 is a true and correct copy of the Order Confirming Debtors' Third Modified Joint Plan of Reorganization Under Chapter 11, Title 11, *In re GEO Specialty Chemicals, Inc., et al*, Case No. 04-19148 (MS) (Bankr. D. N.J. Dec. 20, 2004) (Dkt. 1014).

4. Attached hereto as Exhibit 3 is a true and correct copy of certain excerpts of the Affidavit of the Trumbull Group, L.L.C., *In re GEO Specialty Chemicals, Inc., et al*, Case No. 04-19148 (MS) (Bankr. D. N.J. Jan. 25, 2005) (Dkt. 1073).

5. Attached hereto as Exhibit 4 is a true and correct copy of the Affidavit of the Trumbull Group, L.L.C. Regarding Publication of Debtor's Notice of Bar Date for Filing Proofs of Claim or Interest, *In re GEO Specialty Chemicals, Inc., et al*, Case No. 04-19148 (MS) (Bankr. D. N.J. July 26, 2004) (Dkt. 493)

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 21, 2016.

*s/ James H. Mutchnik*
James H. Mutchnik