**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: LIQUID ALUMINUM SULFATE ANTITRUST LITIGATION**<br><br>*This Document Relates to: Putative Class of Direct Purchaser Plaintiffs* | Civil Action No. 16-md-2687 (JLL)(JAD)<br>(MDL No. 2687) |

**ORDER GRANTING DEFENDANT GEO SPECIALTY CHEMICALS, INC'S MOTION TO DISMISS UNDER RULE 12(b)(6)**

James H. Mutchnik
Sydney L. Schneider
**KIRKLAND & ELLIS LLP**
300 N. LaSalle Street
Chicago, IL 60654
Phone: (312) 862-2000
Fax: (312) 862-2200
james.mutchnik@kirkland.com
sydney.schnider@kirkland.com

Cormac T. Connor
**KIRKLAND & ELLIS LLP**
655 15th Street, N.W., Ste 1200
Washington, DC 20005
Phone: (202) 879-5000
Fax:  (202) 879-5200
cormac.connor@kirkland.com

Robert F. Ware
Mark R. Butscha, Jr.
**THOMPSON HINE LLP**
3900 Key Center
127 Public Square
Cleveland, OH  44114
Phone:  (216) 566-5500
Fax:  (216) 566-5800
rob.ware@thompsonhine.com
mark.butscha@thompsonhine.com

*Attorneys for Defendant GEO Specialty Chemicals, Inc.*

**THIS MATTER** having been brought before the Court by Kirkland and Ellis LLP and Thompson Hine LLP, attorneys for Defendant GEO Specialty Chemicals, Inc. ("GEO"), for an Order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the Direct Purchaser Plaintiffs' Consolidated Amended Complaint (Dkt. 220) with prejudice as to claims relating to any conduct prior to December 31, 2004; and the Court having considered the submissions of the parties, and the arguments of the counsel, if any; and for good cause shown,

**IT IS, on this _____ day of _____ 2016,**

**ORDERED** that Defendant GEO's Motion to Dismiss the Direct Purchaser Plaintiffs' Consolidated Amended Complaint as to claims relating to any conduct prior to December 31, 2004, is GRANTED; and it is further

**ORDERED** that the Direct Purchaser Plaintiffs' Consolidated Amended Complaint is hereby DISMISSED WITH PREJUDICE as to claims relating to any conduct prior to December 31, 2004, as against GEO; and it is further

**ORDERED** that GEO shall file an Answer to the Direct Purchaser Plaintiffs' Consolidated Amended Complaint, excluding claims for any conduct prior to December 31, 2004, within twenty (20) days of the date of entry of this Order.

_____
HON. JOSE L. LINARES, U.S.D.J.