# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: LIQUID ALUMINUM SULFATE ANTITRUST LITIGATION**<br><br>*This Document Relates to: Putative Class of Direct Purchaser Plaintiffs* | Civil Action No. 16-md-2687 (JLL)(JAD)<br>(MDL No. 2687) |

# CERTIFICATE OF SERVICE

James H. Mutchnik
Sydney L. Schneider
**KIRKLAND & ELLIS LLP**
300 N. LaSalle Street
Chicago, IL 60654
Phone: (312) 862-2000
Fax: (312) 862-2200
james.mutchnik@kirkland.com
sydney.schnider@kirkland.com

Cormac T. Connor
**KIRKLAND & ELLIS LLP**
655 15th Street, N.W., Ste 1200
Washington, DC 20005
Phone: (202) 879-5000
Fax:  (202) 879-5200
cormac.connor@kirkland.com

Robert F. Ware
Mark R. Butscha, Jr.
**THOMPSON HINE LLP**
3900 Key Center
127 Public Square
Cleveland, OH  44114
Phone:  (216) 566-5500
Fax:  (216) 566-5800
rob.ware@thompsonhine.com
mark.butscha@thompsonhine.com

*Attorneys for Defendant GEO Specialty Chemicals, Inc.*

JAMES H. MUTCHNIK, of full age, certifies as follows:

1. I am member of the law firm of Kirkland & Ellis LLP, which represents Defendant GEO Specialty Chemicals, Inc. ("GEO") in the above-captioned matter.

2. On October 21, 2016, I caused the following documents to be served upon all counsel of record in the above-captioned matter via the Court's CM/ECF system:

- Notice of Defendant GEO's Motion to Dismiss Under Rule 12(b)(6);

- Memorandum of Law in Support of Defendant GEO's Motion to Dismiss Under 12(b)(6);

- Declaration of James H. Mutchnik in Support of Defendant GEO's Motion to Dismiss, with Exhibits 1-4 thereto;

- Proposed Order Granting Defendant GEO's Motion to Dismiss Under Rule 12(b)(6); and

- This Certificate of Service

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*s/ James H. Mutchnik*
James H. Mutchnik

Dated: October 21, 2016