IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: LIQUID ALUMINUM SULFATE ANTITRUST LITIGATION<br><br>ALL ACTIONS | Civil Action No. 2:16-md-02687-JLL-JAD |
| This document relates to: All Civil Actions | |

## MOTION TO WITHDRAW BENJAMIN D. ELGA AS COUNSEL FOR PLAINTIFFS

Benjamin David Elga, of Cuneo Gilbert & LaDuca, LLP, respectfully moves the Court to withdraw as counsel of record for Plaintiffs City of Creston Water Works Department. I will be leaving Cuneo Gilbert & LaDuca in November and will not be retaining or charging any liens against this case. Cuneo Gilbert & LaDuca, LLP continues to serve as counsel for Plaintiffs through attorney of record Alec Blaine Finley.

For the reasons stated above, Plaintiffs respectfully request that the Court enter an order withdrawing Mr. Elga as counsel of record for Plaintiffs.

Date: November 17, 2016

CUNEO GILBERT & LADUCA, LLP

By:  */s/ Benjamin David Elga*

Benjamin David Elga
Cuneo Gilbert and LaDuca, LLP
16 Court Street
Suite 1012
New York, NY 11241
Telephone: (202) 789-3960
Facsimile: (202) 589-1813
belga@cuneolaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification to all counsel of record.

Dated:  November 17, 2016           */s/ Benjamin David Elga*
                                                                 Benjamin David Elga