# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: LIQUID ALUMINUM SULFATE ANTITRUST LITIGATION**<br><br>*This Document Relates to: Putative Class of Indirect Purchaser Plaintiffs* | Civil Action No. 16-md-2687 (JLL)(JAD)<br>MDL No. 2687<br><br>**Return Date: March 20, 2017**<br><br>*Oral Argument Requested* |

## NOTICE OF DEFENDANT GEO SPECIALTY CHEMICALS, INC.'S FED. R. CIV. P. 12(B)(6) MOTION TO DISMISS INDIRECT PURCHASER PLAINTIFFS' COMPLAINT

**KIRKLAND & ELLIS LLP**
James H. Mutchnik, P.C.
Sydney L. Schneider
300 N. LaSalle Street
Chicago, IL 60654
Phone: (312) 862-2000
Fax: (312) 862-2200
james.mutchnik@kirkland.com
sydney.schneider@kirkland.com

Cormac T. Connor
655 15th Street, N.W.
Suite 1200
Washington, DC 20005
Phone: (202) 879-5000
Fax: (202) 879-5200
cormac.connor@kirland.com

**THOMPSON HINE LLP**
Robert F. Ware
Mark R. Butscha, Jr.
3900 Key Center
127 Public Square
Cleveland, OH 44114
Phone: (216) 566-5500
Fax: (216) 566-5800
rob.ware@thompsonhine.com
mark.butscha@thompsonhine.com

*Attorneys for Defendant GEO Specialty Chemicals, Inc.*

**PLEASE TAKE NOTICE** that on March 20, 2017, at 9:30 a.m., or at such other date and time as may be set by the Court, Defendant GEO Specialty Chemicals, Inc. ("GEO"), by and through its counsel, Kirkland & Ellis LLP and Thompson Hine LLP, will move before the Honorable Jose L. Linares, U.S.D.J., United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Courtroom 5D, Newark, New Jersey 07101, for an Order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing the Indirect Purchaser Plaintiffs' Complaint (Dkt. 242) with prejudice as to claims related to any conduct prior to December 31, 2004.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion GEO will rely on the accompanying Memorandum of Law, Declaration of Cormac T. Connor and exhibits thereto, and all pleadings and proceedings on file.

**PLEASE TAKE FURTHER NOTICE** that a Proposed form of Order granting this Motion is being submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that GEO hereby requests oral argument.

| | |
|---|---|
| Dated: December 22, 2016 | By:  */s/ Cormac T. Connor*_____ |

**KIRKLAND & ELLIS LLP**
James H. Mutchnik, P.C.
Sydney L. Schneider
300 N. LaSalle Street
Chicago, IL 60654
Phone: (312) 862-2000
Fax: (312) 862-2200
james.mutchnik@kirkland.com
sydney.schneider@kirkland.com

Cormac T. Connor
655 15th Street, N.W.
Suite 1200
Washington, DC 20005
Phone: (202) 879-5000
Fax:  (202) 879-5200
cormac.connor@kirland.com

**THOMPSON HINE LLP**
Robert F. Ware
Mark R. Butscha, Jr.
3900 Key Center
127 Public Square
Cleveland, OH  44114
Phone:  (216) 566-5500
Fax:  (216) 566-5800
rob.ware@thompsonhine.com
mark.butscha@thompsonhine.com

*Attorneys for Defendant GEO Specialty Chemicals, Inc.*