# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: LIQUID ALUMINUM SULFATE ANTITRUST LITIGATION** <br><br> *This Document Relates to: Putative Class of Indirect Purchaser Plaintiffs* | Civil Action No. 16-md-2687 (JLL)(JAD) <br><br> MDL No. 2687 |

## DECLARATION OF CORMAC T. CONNOR IN SUPPORT OF DEFENDANT GEO SPECIALTY CHEMICALS, INC.'S FED. R. CIV. P. 12(B)(6) MOTION TO DISMISS INDIRECT PURCHASER PLAINTIFFS' COMPLAINT

**KIRKLAND & ELLIS LLP**
James H. Mutchnik, P.C.
Sydney L. Schneider
300 N. LaSalle Street
Chicago, IL 60654
Phone: (312) 862-2000
Fax: (312) 862-2200
james.mutchnik@kirkland.com
sydney.schneider@kirkland.com

Cormac T. Connor
655 15th Street, N.W.
Suite 1200
Washington, DC 20005
Phone: (202) 879-5000
Fax:  (202) 879-5200
cormac.connor@kirland.com

**THOMPSON HINE LLP**
Robert F. Ware
Mark R. Butscha, Jr.
3900 Key Center
127 Public Square
Cleveland, OH  44114
Phone:  (216) 566-5500
Fax:  (216) 566-5800
rob.ware@thompsonhine.com
mark.butscha@thompsonhine.com

*Attorneys for Defendant GEO Specialty Chemicals, Inc.*

CORMAC T. CONNOR, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

1.      I am a member of the law firm of Kirkland & Ellis LLP, which, together with Thompson Hine LLP, represents Defendant GEO Specialty Chemicals, Inc. ("GEO").  I submit this Declaration in support of Defendant GEO Specialty Chemicals, Inc.'s FED. R. CIV. P. 12(B)(6) Motion to Dismiss Indirect Purchaser Plaintiffs' Complaint with prejudice as to claims relating to any conduct prior to December 31, 2004.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the Debtors' Third Modified Joint Plan of Reorganization Under Chapter 11, Title 11, *In re GEO Specialty Chemicals, Inc., et al*, Case No. 04-19148 (MS) (Bankr. D. N.J. Nov. 22, 2004) (Dkt. 887).

3.      Attached hereto as Exhibit 2 is a true and correct copy of the Order Confirming Debtors' Third Modified Joint Plan of Reorganization Under Chapter 11, Title 11, *In re GEO Specialty Chemicals, Inc., et al*, Case No. 04-19148 (MS) (Bankr. D. N.J. Dec. 20, 2004) (Dkt. 1014).

4.      Attached hereto as Exhibit 3 is a true and correct copy of the Chapter 11 Voluntary Petition on behalf of GEO Specialty Chemicals, *In re GEO Specialty Chemicals, Inc., et al,* Case No. 04-19148 (MS) (Bankr. D.N.J. Mar. 18, 2004) (Dkt. 1)

2

5.     Attached hereto as Exhibit 4 is a true and correct copy of certain excerpts of the Affidavit of the Trumbull Group, L.L.C., *In re GEO Specialty Chemicals, Inc., et al*, Case No. 04-19148 (MS) (Bankr. D. N.J. Jan. 25, 2005) (Dkt. 1073).

6.     Attached hereto as Exhibit 5 is a true and correct copy of the Affidavit of the Trumbull Group, L.L.C. Regarding Publication of Debtor's Notice of Bar Date for Filing Proofs of Claim or Interest, *In re GEO Specialty Chemicals, Inc., et al*, Case No. 04-19148 (MS) (Bankr. D. N.J. July 26, 2004) (Dkt. 493)

7.     Attached hereto as Exhibit 6 is a true and correct copy of the Affidavit of the Trumbull Group, L.L.C. Regarding Publication of Notice of Entry of Order Confirming the Third Modified Joint Plan of Reorganization, *In re GEO Specialty Chemicals, Inc., et al,* Case No. 04-19148 (MS) (Bankr. D.N.J. Jan. 27, 2005) (Dkt. 1082)

8.     Attached hereto as Exhibit 7 is a true and correct copy of the Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines, *In re GEO Specialty Chemicals, Inc., et al,* Case No. 04-19148 (MS) (Bankr. D.N.J. May 22, 2004) (Dkt. 270)

9.     Attached hereto as Exhibit 8 is a true and correct copy of the Affidavit of the Trumbull Group, L.L.C. Regarding Service of the Notice of Bar Date for Filing Proofs of Claim or Interest and Proof of Claim Form, *In re GEO Specialty*

*Chemicals, Inc., et al,* Case No. 04-19148 (MS) (Bankr. D.N.J. July 14, 2004)

(Dkt. 454)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 22, 2016.

<u>*s/ Cormac T. Connor*</u>
Cormac T. Connor