# EXHIBIT 3

(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**GEO Specialty Chemicals, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): | |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): | |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I D<br>No (if more than one, state all): 34-1708689 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D<br>No. (if more than one, state all): | |
| Street Address of Debtor (No & Street. City, State & Zip Code):<br>**First & Essex Streets**<br>**Harrison, NJ 07029** | Street Address of Joint Debtor (No & Street, City, State & Zip Code): | |
| County of Residence or of the<br>Principal Place of Business: **Hudson** | County of Residence or of the<br>Principal Place of Business: | |
| Mailing Address of Debtor (if different from street address):<br>**401 Southearl Avenue, Suit 3A**<br>**Lafayette, IN 47904** | Mailing Address of Joint Debtor (if different from street address): | |
| Location of Principal Assets of Business Debtor **Various Locations**<br>(if different from street address above): | | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [ ] Individual(s)
- [X] Corporation
- [ ] Partnership
- [ ] Other _____
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [X] Chapter 11
- [ ] Chapter 13
- [ ] Chapter 9
- [ ] Chapter 12
- [ ] Sec 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- [ ] Consumer/Non-Business
- [X] Business

**Filing Fee** (Check one box)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form No 3.

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U S C § 101
- [ ] Debtor is and elects to be considered a small business under 11 U S C § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)  THIS SPACE IS FOR COURT USE ONLY
- [X] Debtor estimates that funds will be available for distribution to unsecured creditors
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |

VOLUNTARY PETITION

(Official Form 1) (12/03) | FORM B1, Page 2

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**GEO Specialty Chemicals, Inc.**

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X  **/s/ Howard S. Greenberg**
Signature of Attorney for Debtor(s)
**Howard S. Greenberg HG8559**
Printed Name of Attorney for Debtor(s)
**Ravin Greenberg PC**
Firm Name
**101 Eisenhower Parkway**
Address
**Roseland, NJ  07068**

**(973) 226-1500**
Telephone Number
**March 18, 2004**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition

X  **/s/ WILLIAM P. ECKMAN**
Signature of Authorized Individual
**WILLIAM P. ECKMAN**
Printed Name of Authorized Individual
**Exec. V.P., Chief Financial Officer**
Title of Authorized Individual
**March 18, 2004**
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter

X _____
Signature of Attorney for Debtor(s)        Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c))

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156

VOLUNTARY PETITION

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# OFFICER'S CERTIFICATE OF RESOLUTIONS

I, William P. Eckman, Executive Vice President, Chief Financial Officer, Treasurer and Secretary of GEO Specialty Chemicals, Inc., an Ohio corporation (the "**Company**") do hereby certify that: (a) I am the duly elected, qualified and acting Executive Vice President, Chief Financial Officer, Treasurer and Secretary of the Company; (b) the Company is the sole member of GEO Specialty Chemicals Limited, an Ohio limited liability company ("**GEO Limited**"); (c) the following resolutions were duly adopted by the board of directors of the Company, as of March 15, 2004, in accordance with the requirements of Ohio law; (d) said resolutions have not been amended, modified or rescinded and are in full force and effect as of the date hereof:

"RESOLVED, that the Company and GEO Limited shall each be, and they hereby are, authorized to: (a) file a voluntary petition (the "**Petition**") for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1330, et. seq. (the "**Bankruptcy Code**"), in the United States Bankruptcy Court for the District of New Jersey, or such other court as the appropriate officer or officers of the Company shall determine to be appropriate (the "**Bankruptcy Court**"); (b) if, prior to filing the Petition, circumstances arise making it necessary or convenient, either (i) consent to the entry of an order for relief in an involuntarily commenced chapter 11 case or (ii) consent to the entry of an order for relief and convert an involuntarily commenced chapter 7 case to a case under chapter 11 of the Bankruptcy Code; and (c) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing;

FURTHER RESOLVED, that George P. Ahearn and William P. Eckman (the "**Designated Officers**") shall be, and each of them, acting alone or together, for the Company for itself and as the sole member of GEO Limited hereby is, authorized, directed and empowered on behalf of and in the name of the Company to, in respect of both the Company and GEO Limited: (a) execute and verify the Petitions, as well as all other ancillary documents, and cause the Petitions to be filed with the Bankruptcy Court and make or cause to be made prior to execution thereof any modifications to the Petitions or ancillary documents as any such Designated Officer, in such officer's discretion, deems necessary or desirable to carry out the intent and accomplish the purposes of these resolutions (such approval to be conclusively established by the execution thereof by such Designated Officer); (b) execute (i) consents to the entry of orders for relief in an involuntarily commenced chapter 11 case, if any, or (ii) requests for conversion of an involuntarily commenced chapter 7 case, if any, to a case under chapter 11 of the Bankruptcy Code; (c) execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents (including debtor in possession loan agreements) necessary or desirable in connection with the foregoing; and (d) execute and verify any and all other documents necessary or appropriate in connection therewith in such form or forms as any such Designated Officer may approve;

FURTHER RESOLVED, that the Designated Officers of the Company shall be, and each of them hereby is, authorized, directed and empowered to retain, on behalf of the Company itself and, as the sole member of GEO Limited, on behalf of GEO Limited: (a) Thompson Hine LLP, (b) Ravin Greenberg PC, (c) CIBC World Markets Corp, and (d) such additional professionals, including attorneys, accountants, financial and

10973276

restructuring advisors, investment bankers, consultants or brokers, in each case as in such officer's or officers' judgment may be necessary in connection with the Company's and GEO Limited's chapter 11 cases and other related matters, on such terms as such officer or officers shall approve;

FURTHER RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Designated Officers of the Company, each of such officers or their designees shall be, and each of them, acting alone or together, hereby is, authorized, directed and empowered, in the name of and on behalf of the Company and, as the sole member of GEO Limited, on behalf of GEO Limited, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as in such officer's or officers' judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken or to be taken by any officer or officers of the Company in connection with the implementation of these resolutions are hereby in all respects ratified, confirmed and approved in all respects."

IN WITNESS WHEREOF, the undersigned has caused this certificate to be executed as of the ____ day of March, 2004.

_____
William P. Eckman, Executive Vice President, Chief Financial Officer, Treasurer & Secretary

10973276