# EXHIBIT 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GEO Specialty Chemicals, Inc., et al. | ) | Case Nos.: 04-19148 (MS) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**AFFIDAVIT OF THE TRUMBULL GROUP, L.L.C.
REGARDING SERVICE OF THE NOTICE OF ENTRY OF ORDER CONFIRMING THE THIRD
MODIFIED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11, TITLE 11, UNITED
STATES CODE OF GEO SPECIALTY CHEMICALS, INC. AND GEO SPECIALTY CHEMICALS LIMITED**

I, Brendan Halley, being duly sworn, depose and say that:

1. I am over the age of majority.

2. I have personal knowledge of the facts contained herein.

3. I am the Notice Coordinator for The Trumbull Group, L.L.C.; the court appointed noticing and claims agent of the above captioned debtors.

4. On Thursday, January 13, 2005, I caused to be served via United States Postal Service, by first class mail, postage prepaid, the Notice of Entry of Order Confirming the Third Modified Joint Plan of Reorganization Under Chapter 11, Title 11, United States Code of GEO Specialty Chemicals, Inc and GEO Specialty Chemicals Limited, attached hereto as Exhibit A, on all parties listed on Exhibits B, C, and D.

I declare under penalty of perjury that the foregoing is true and correct

Dated: January 14, 2005

Brendan Halley
Notice Coordinator
The Trumbull Group, L.L.C.

STATE OF CONNECTICUT   )
                       ) SS: WINDSOR
COUNTY OF HARTFORD     )

Subscribed, sworn to and acknowledged before me by Brendan Halley, Notice Coordinator of The Trumbull Group, L.L.C. on the 14th day of January 2005.

Notary Public
My Commission Expires: MAR 31, 2009

CRYSTAL A. VENTURO
*NOTARY PUBLIC*
MY COMMISSION EXPIRES MAR. 31, 2009

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re: <br><br> GEO Specialty Chemicals, Inc., <br> GEO Specialty Chemicals Limited <br><br> Debtors. | Chapter 11 <br><br> Case Nos. 04-19148 and 04-19149 <br> (Jointly Administered) |

### NOTICE OF ENTRY OF ORDER CONFIRMING THE THIRD MODIFIED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11, TITLE 11, UNITED STATES CODE OF GEO SPECIALTY CHEMICALS, INC. AND GEO SPECIALTY CHEMICALS LIMITED

**PLEASE TAKE NOTICE** that on December 20, 2004 (the "Confirmation Date"), an order (the "Confirmation Order") confirming the Third Modified Joint Plan of Reorganization Under Chapter 11, Title 11, United States Code of GEO Specialty Chemicals, Inc. ("GEO") and GEO Specialty Chemicals Limited ("GSCL") (the "Plan"), dated November 22, 2004, as amended by the Amendment to section 4.3(e) filed on December 20, 2004, was entered and duly docketed by the Office of the Clerk of the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") in the above captioned cases of GEO and GSCL (collectively the "Debtors"). The Confirmation Order is on file with the Clerk of the Bankruptcy Court and may be inspected during normal business hours at the Office of the Clerk of the Bankruptcy Court (Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, NJ 07102, Phone: (973) 645-4764). Copies of the Confirmation Order can also be found on GEO's website at www.geocorg.com, or by contacting the undersigned counsel to the Debtors. The Effective Date of the Plan is December 31, 2004. Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

**PLEASE TAKE FURTHER NOTICE** that except where as specifically provided otherwise, the Plan constitutes an injunction prohibiting all Persons that have held, currently hold, may hold, or alleged that they hold, a Claim or other debt or liability or an Interest that was discharged under the Plan from taking any of the following actions with respect to the Claim or other debt or liability against, or Interest in, the Debtors, the Reorganized Debtors, and their respective subsidiaries or their property: (i) commencing or continuing, in any manner or in any place, any action or other proceeding; (ii) enforcing, attaching, collecting or recovering in any manner any judgment, award, decree, or order; (iii) creating, perfecting, or enforcing any Lien or encumbrance; (iv) asserting a setoff, right of subrogation, or recoupment of any kind against any debt, liability, or obligations due to the Debtors or the Reorganized Debtors; or (v) commencing or continuing any action.

**PLEASE TAKE FURTHER NOTICE** that service of this Notice of Confirmation constitutes good and sufficient notice pursuant to Bankruptcy Rules 2002 and 3020 of entry of the Confirmation Order confirming the Plan and of the other relief granted in the Confirmation Order, and no other or further notice need be given.

**PLEASE TAKE FURTHER NOTICE** that all requests for payment of an Administrative Claim (other than as set forth in Sections 4.1(a) and 12.1 and this Section 12.2 of the Plan) must be filed with the Bankruptcy Court and served on counsel for the Debtors no later than February 14, 2005.[1]

Dated: January 13, 2005  
Newark, New Jersey

THOMPSON HINE LLP  
3900 Key Center  
127 Public Square  
Cleveland, OH 44114-1291  
(216) 566-5500  
Alan R. Lepene, Esq. (Ohio Bar #0023276)  
Robert C. Folland, Esq. (Ohio Bar #0065728)  
Sean A. Gordon, Esq. (Ohio Bar #0074243)

-and-

RAVIN GREENBERG PC  
101 Eisenhower Parkway  
Roseland, NJ 07068  
(973) 226-1500

By: /s/ Brian L. Baker  
   Howard S. Greenberg, Esq. (HSG8559)  
   Stephen B. Ravin, Esq. (SR7074)  
   Brian L. Baker, Esq. (BB4569)

Co-Attorneys for Debtors and Debtors in Possession, GEO Specialty Chemicals, Inc and GEO Specialty Chemicals Limited

---

[1] On December 20, 2004, the Bankruptcy clerk issued a notice of confirmation. Please disregard such notice

EXHIBIT A