# EXHIBIT 5

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| GEO Specialty Chemicals, Inc | ) | Case No: 04-19148 (MS) |
| GEO Specialty Chemicals Limited | ) | Case No: 04-19149 (MS) |
| | ) | |
| Debtors | ) | Jointly Administered |

### AFFIDAVIT BY THE TRUMBULL GROUP, LLC f/k/a TRUMBULL ASSOCIATES, LLC, REGARDING PUBLICATION OF DEBTOR'S NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM OR INTEREST

I, Stephen Petrovic, certify as follows:

1. I am a Case Analyst for the Trumbull Group, LLC f/k/a/ Trumbull Associates, LLC ("Trumbull"); the court appointed noticing and reconciliation agent for the above captioned debtor.

2. I caused to be published the Debtor's Notice of Bar Date for Filing Proofs of Claim or Interest in the July 21, 2004 editions of (i) The Wall Street Journal, 545 E. John Carpenter Freeway, Suite 400, Irving, TX 75062 and (ii) the Newark Star Ledger, 1 Star-Ledger Plaza, Newark, NJ 07102-1200.

3. Copies of the publications will be made available by The Trumbull Group, LLC, 4 Griffin Road North, Windsor, CT 06095.

Executed in Windsor, CT on this 23rd day of July 2004.

_____
Stephen Petrovic
Case Analyst
The Trumbull Group LLC

STATE OF CONNECTICUT)
                              ) SS: WINDSOR
COUNTY OF HARTFORD )

Subscribed, sworn to and acknowledged before me by Stephen Petrovic, Case Analyst, of The Trumbull Group, LLC on the 23rd day of July 2004.

_____
Notary Public
My Commission Expires:

**VALERIE J. FORD**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES MAR. 31, 2009