# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: LIQUID ALUMINUM SULFATE ANTITRUST LITIGATION**<br><br>*This Document Relates to: Putative Class of Indirect Purchaser Plaintiffs* | Civil Action No. 16-md-2687 (JLL)(JAD)<br><br>MDL No. 2687 |

## ORDER GRANTING DEFENDANT GEO SPECIALTY CHEMICALS, INC.'S FED. R. CIV. P. 12(B)(6) MOTION TO DISMISS INDIRECT PURCHASER PLAINTIFFS' COMPLAINT

**KIRKLAND & ELLIS LLP**
James H. Mutchnik, P.C.
Sydney L. Schneider
300 N. LaSalle Street
Chicago, IL 60654
Phone: (312) 862-2000
Fax: (312) 862-2200
james.mutchnik@kirkland.com
sydney.schneider@kirkland.com

Cormac T. Connor
655 15th Street, N.W.
Suite 1200
Washington, DC 20005
Phone: (202) 879-5000
Fax: (202) 879-5200
cormac.connor@kirland.com

**THOMPSON HINE LLP**
Robert F. Ware
Mark R. Butscha, Jr.
3900 Key Center
127 Public Square
Cleveland, OH 44114
Phone: (216) 566-5500
Fax: (216) 566-5800
rob.ware@thompsonhine.com
mark.butscha@thompsonhine.com

*Attorneys for Defendant GEO Specialty Chemicals, Inc.*

**THIS MATTER** having been brought before the Court by Kirkland and Ellis LLP and Thompson Hine LLP, attorneys for Defendant GEO Specialty Chemicals, Inc. ("GEO"), for an Order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the Indirect Purchaser Plaintiffs' Complaint (Dkt. 242) with prejudice as to claims and any damages relating to any conduct prior to December 31, 2004; and the Court having considered the submissions of the parties, and the arguments of the counsel, if any; and for good cause shown,

**IT IS, on this _____ day of _____ 2017,**

**ORDERED** that Defendant GEO's Motion to Dismiss the Indirect Purchaser Plaintiffs' Complaint as to claims and damages relating to any conduct prior to December 31, 2004, is GRANTED; and it is further

**ORDERED** that the Indirect Purchaser Plaintiffs' Complaint is hereby DISMISSED WITH PREJUDICE as to claims and damages relating to any conduct prior to December 31, 2004, as against GEO; and it is further

**ORDERED** that GEO shall file an Answer to the Indirect Purchaser Plaintiffs' Complaint, excluding claims and damages for any conduct prior to December 31, 2004, within twenty (20) days of the date of entry of this Order.

_____
HON. JOSE L. LINARES, U.S.D.J.