# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: LIQUID ALUMINUM SULFATE ANTITRUST LITIGATION**<br><br>*This Document Relates to: Putative Class of Indirect Purchaser Plaintiffs* | Civil Action No. 16-md-2687 (JLL)(JAD)<br><br>MDL No. 2687 |

# CERTIFICATE OF SERVICE

**KIRKLAND & ELLIS LLP**
James H. Mutchnik, P.C.
Sydney L. Schneider
300 N. LaSalle Street
Chicago, IL 60654
Phone: (312) 862-2000
Fax: (312) 862-2200
james.mutchnik@kirkland.com
sydney.schneider@kirkland.com

Cormac T. Connor
655 15th Street, N.W.
Suite 1200
Washington, DC 20005
Phone: (202) 879-5000
Fax: (202) 879-5200
cormac.connor@kirland.com

**THOMPSON HINE LLP**
Robert F. Ware
Mark R. Butscha, Jr.
3900 Key Center
127 Public Square
Cleveland, OH 44114
Phone: (216) 566-5500
Fax: (216) 566-5800
rob.ware@thompsonhine.com
mark.butscha@thompsonhine.com

*Attorneys for Defendant GEO Specialty Chemicals, Inc.*

CORMAC T. CONNOR, of full age, certifies as follows:

1. I am a member of the law firm of Kirkland & Ellis LLP, which, together with Thompson Hine LLP, represents Defendant GEO Specialty Chemicals, Inc. ("GEO") in the above-captioned matter.

2. On December 22, 2016, I caused the following documents to be served upon all counsel of record in the above-captioned matter via the Court's CM/ECF system:

- Notice of Defendant GEO's FED. R. CIV. P. 12(B)(6) Motion to Dismiss Indirect Purchaser Plaintiffs' Complaint

- Memorandum of Law in Support of Defendant GEO's FED. R. CIV. P. 12(B)(6) Motion to Dismiss Indirect Purchaser Plaintiffs' Complaint

- Declaration of Cormac T. Connor in Support of Defendant GEO's FED. R. CIV. P. 12(B)(6) Motion to Dismiss Indirect Purchaser Plaintiffs' Complaint, with Exhibits 1-8 thereto;

- Proposed Order Granting Defendant GEO's FED. R. CIV. P. 12(B)(6) Motion to Dismiss Indirect Purchaser Plaintiffs' Complaint

- This Certificate of Service

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

<em><u>s/ Cormac T. Connor</u></em><br>
Cormac T. Connor

Dated: December 22, 2016