**PORZIO, BROMBERG & NEWMAN, P.C.**
100 Southgate Parkway
P.O. Box 1997
Morristown, New Jersey 07962
Telephone: (973) 538-4006
Facsimile:  (973) 538-5146
John S. Mairo, Esq. (jsmairo@pbnlaw.com)
Robert Ferri, Esq. (rferri@pbnlaw.com)
Rachel A. Parisi, Esq. (raparisi@pbnlaw.com)
*Attorneys for Defendant Milton Sundbeck*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>LIQUID ALUMINUM SULFATE ANTITRUST LITIGATION<br><br><br><br><br><br>**This Document Relates to:** *Putative Class of Indirect Purchaser Plaintiffs* | 2:16-md-2687 (JLL) (JAD)<br>(MDL 02687)<br><br>**Return Date:  March 20, 2017**<br><br>***ORAL ARGUMENT REQUESTED***<br><br>*Document Electronically*<br>*Filed and Served Via ECF System* |

---

# NOTICE OF DEFENDANT MILTON SUNDBECK'S MOTION TO DISMISS INDIRECT PURCHASER PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(2) AND 12(b)(6)

---

3566673

**PLEASE TAKE NOTICE** that on March 20, 2017, at 9:30 a.m., or at such other date and time as may be set by the Court, the undersigned attorneys for Defendant Milton Sundbeck shall move before the Honorable Jose L. Linares, U.S.D.J., in the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102, for an Order dismissing the Indirect Purchaser Plaintiffs' Consolidated Class Action Complaint [Dkt. No. 242] against Milton Sundbeck with prejudice pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion, movant shall rely upon the accompanying Memorandum of Law, and all pleadings and proceedings on file.

**PLEASE TAKE FURTHER NOTICE** that the proposed form of Order granting this Motion is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that defendant Milton Sundbeck requests oral argument.

3566673

Date:  December 23, 2016

                                             Respectfully submitted,

By:  *s/ John S. Mairo*
      John S. Mairo
**PORZIO, BROMBERG & NEWMAN, P.C.**
100 Southgate Parkway
P.O. Box 1997
Morristown, New Jersey 07962
Telephone: (973) 538-4006
Facsimile:  (973) 538-5146
jsmairo@pbnlaw.com

*Attorneys for Defendant Milton Sundbeck*

3

3566673