# KING & SPALDING

King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309-3521
Tel: +1 404 572 4600
Fax: +1 404 572 5100
www.kslaw.com

Emily S. Newton
Senior Associate
Direct Dial: +1 404 572 2745
Direct Fax: +1 404 572 5100
enewton@kslaw.com

August 18, 2017

**VIA ECF**

The Honorable Jose L. Linares, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King, Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: **In re Liquid Aluminum Sulfate Antitrust Litigation, No. 16-md-2687**
*This Document Relates to: 16-cv-2873*

Dear Judge Linares,

This firm represents Kemira Chemicals, Inc. ("Kemira"), a defendant in the Indirect Purchaser Plaintiff ("IPP") action. We write to request a one-week extension of time for Kemira to answer the IPP complaint, from August 21 to August 28, 2017. Defendants Kenneth A. Ghazey; Alex Avraamides; Milton Sundbeck; Southern Ionics, Inc.; GEO Specialty Chemicals, Inc.; C&S Chemicals Inc.; USALCO, LLC; and Amita Gupta join in this request (collectively, with Kemira, the "Requesting Defendants"). This is the second request made for an adjournment of this deadline, and the Requesting Defendants will not make any further requests for adjournments. The IPP plaintiffs consent to this request. The Requesting Defendants are diligently working to collect the information necessary for their respective answers to the IPP complaint and request a brief extension of time to complete their efforts.

Respectfully submitted,

*s/ Emily S. Newton*
Emily S. Newton

cc: All counsel of record (via ECF)

SO ORDERED:

DATED: 8/21/17