# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: LIQUID ALUMINUM SULFATE ANTITRUST LITIGATION | Civil Action No. 16-md-2687 (JLL) (JAD) **ORDER** |

WHEREAS on April 24, 2019, the Court granted preliminary approval of proposed settlements between Direct Purchaser Class Plaintiffs and USALCO, LLC and Southern Ionics Incorporated (together the "Proposed Settlements") (ECF No. 1282); and

WHEREAS that Order approved notice to be sent to the proposed Class where the various deadlines for Class members to object to or opt out of the Settlements and to submit claim forms were tied to the date of the hearing for final approval of the Settlements; and

WHEREAS the Court is unable at this time to set a time and date for the final approval hearing for the Proposed Settlements; and

WHEREAS as a result foregoing, notice cannot be sent to the proposed Class notifying Class members of the various deadlines relating to the Proposed Settlements;

IT IS THEREFORE, for good cause shown,

IT IS ON THIS 1st day of May, 2019

ORDERED that the deadlines for providing notice of the Proposed Settlements are suspended until the Court sets a date for the final approval hearing for the Proposed Settlements; and it is further

ORDERED that the Court will issue a further order setting forth a schedule or schedules for deadlines for providing notice to the proposed classes for the Proposed Settlements and for deadlines relating to the approval process for those proposed settlements.

SO ORDERED.

_/s/ Jose L. Linares_

HON. JOSE L. LINARES
Chief Judge, United States District Court