## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: LIQUID ALUMINUM SULFATE ANTITRUST LITIGATION<br><br>This Document Relates to: ALL ACTIONS | 16-md-2687 (JLL) (JAD) |

### MOTION TO WITHDRAW MARK A. GRIFFIN AND RAYMOND J. FARROW AS COUNSEL OF RECORD FOR PLAINTIFFS CITY OF SACRAMENTO, CITY OF TACOMA, CITY OF SPOKANE, CITY OF EVERETT, CITY OF SCOTTSDALE, CITY OF PHOENIX, AND CITY OF MESA

Keller Rohrback LLP respectfully moves the Court to withdraw the appearances of Mark A. Griffin and Raymond J. Farrow as counsel of record for Plaintiffs City of Sacramento, City of Tacoma, City of Spokane, City of Everett, City of Scottsdale, City of Phoenix, and City of Mesa in the above-captioned matter. Daniel Mensher, Lynn Sarko, and Derek Loeser of Keller Rohrback LLP will continue to represent Plaintiffs in this matter, to whom all further communications and notices to Plaintiffs should be directed.

RESPECTFULLY SUBMITTED this 25th day of November, 2020.

*s/Mark A. Griffin*
Mark A. Griffin
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Phone (206) 623-1900
Fax (206) 623-3384
mgriffin@kellerrohrback.com

*Attorneys for City of Sacramento, City of Tacoma, City of Spokane, City of Everett, City of Scottsdale, City of Phoenix, and City of Mesa*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on November 25, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record registered with the CM/ECF system.

                                                  */s/ Mark A. Griffin*
                                                  Mark A. Griffin