## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: LIQUID ALUMINUM SULFATE ANTITRUST LITIGATION<br><br>This Document Relates to: ALL ACTIONS | 16-md-2687 (JLL) (JAD) |

**ORDER GRANTING MOTION TO WITHDRAW MARK A. GRIFFIN AND RAYMOND J. FARROW AS COUNSEL OF RECORD FOR PLAINTIFFS CITY OF SACRAMENTO, CITY OF TACOMA, CITY OF SPOKANE, CITY OF EVERETT, CITY OF SCOTTSDALE, CITY OF PHOENIX, AND CITY OF MESA**

The motion to withdraw Keller Rohrback LLP attorneys Mark A. Griffin and Raymond J. Farrow as counsel of record for Plaintiffs City of Sacramento, City of Tacoma, City of Spokane, City of Everett, City of Scottsdale, City of Phoenix, and City of Mesa in the above-captioned matter is GRANTED.

The Clerk of the Court is ordered to remove Mark A. Griffin and Raymond J. Farrow form the docket for this case.

Dated: _____

_____
MAGISTRATE JUDGE MICHAEL A. HAMMER
UNITED STATES MAGISTRATE JUDGE