# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: LIQUID ALUMINUM SULFATE ANTITRUST LITIGATION | : : : : | Civil Action No. 16-md-2687 (MCA) (MAH) |
| *This Document Relates to* *Indirect Purchaser Plaintiffs* | : : x | ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' MOTION TO APPROVE DISTRIBUTION OF SETTLEMENT FUND |

WHEREAS this matter having come before the Court by way of Indirect Purchaser Plaintiffs ("IPPs") Motion to Approve Distribution of Settlement Fund,

IT IS THIS 8th day of December, 2020,

ORDERED that the allocation of the Settlement Fund to Class members set forth in the Declaration of Eric J. Miller ("Miller Declaration") [ECF 1458-1] is approved; and it is further

ORDERED that the Settlement Administrator is authorized to distribute the net settlement funds to Class members in accordance with the previously approved Plan of Allocation [ECF 1399-2] and the allocation for distribution of the Settlement Fund set forth in the Miller Declaration; and it is further

ORDERED that moving counsel for the IPPs is hereby authorized to pay the AB Data fees and expenses set forth in the Miller Declaration for work performed and expenses incurred as claims administrator for the IPP Class settlements.

_____
HON. MADELINE COX ARLEO, U.S.D.J.