# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: LIQUID ALUMINUM SULFATE ANTITRUST LITIGATION | Civil Action No. 16-md-2687 (MCA)(MAH)<br><br>MDL No. 2687<br><br>**Motion Date: April 5, 2021** |

## DEFENDANTS' MOTION TO ENFORCE SETTLEMENTS AND JUDGMENT ORDERS

**PLEASE TAKE NOTICE** that on April 5, 2021, at 10:00 a.m., or at such other date and time as may be set by the Court, Defendants American Securities, LLC, C&S Chemicals, Inc. and USALCO, LLC (collectively, the "Settling Defendants"), by their undersigned counsel, will move before the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Courtroom 4A, Newark, New Jersey 07101, for an Order enforcing the Settlement Agreements and enjoining Relator from pursuing his lawsuits in Illinois and Virginia.

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion, the Settling Defendants will rely on the accompanying Memorandum of Law, exhibits thereto, and all pleadings and proceedings on file.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Order granting this Motion is being submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that the Settling Defendants hereby request oral argument.

Dated: December 11, 2020

American Securities, LLC

By: /s/ C. Scott Lent
C. Scott Lent (admitted *pro hac vice*)
Paul Q. Andrews (admitted *pro hac vice*)
Travis W. Clark (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
(212) 836-8000 Telephone
Scott.Lent@arnoldporter.com
Paul.Andrews@arnoldporter.com
Travis.Clark@arnoldporter.com

- and -

C&S Chemicals, Inc.

By: /s/ John D. Dalbey
John D. "Randy" Dalbey (admitted *pro hac vice*)
CHILIVIS, GRUBMAN, DALBEY & WARNER, LLP
3127 Maple Drive, NE
Atlanta, Georgia 30305
(404) 262-6504
(404) 261-2842 (fax)
jddalbey@cglawfirm.com

- and -

USALCO, LLC

By: */s/ Aaron L. Casagrande*
William F. Ryan, Jr. (admitted *pro hac vice*)
Aaron L. Casagrande (admitted *pro hac vice*)
Aaron A. Nichols  (admitted *pro hac vice*)
WHITEFORD, TAYLOR & PRESTON L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202
(410) 347-8741
(410) 223-4161 (fax)
wryan@wtplaw.com
acasagrande@wtplaw.com
anichols@wtplaw.com