**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: LIQUID ALUMINUM SULFATE ANTITRUST LITIGATION | Civil Action No. 16-md-2687 (MCA)(MAH) <br><br> MDL No. 2687 <br><br> **Motion Date: April 5, 2021** |

**ORDER GRANTING DEFENDANTS' MOTION TO ENFORCE SETTLEMENTS AND JUDGMENT ORDERS**

THIS MATTER having been brought before the Court by Defendants American Securities, LLC, C&S Chemicals, Inc. and USALCO, LLC (collectively, the "Settling Defendants") to enforce settlements and to enjoin Relator Lawrence McShane and the various governmental entities he purports to represent (collectively, the "Municipalities") from pursuing claims; and the Court having considered the submissions of the parties and the arguments of counsel, if any, and for good cause shown,

IT IS this _____ day of _____ 2020,

ORDERED that Settling Defendants' Motion to Enforce Settlements is hereby GRANTED; and it is further

ORDERED the Relator Lawrence McShane and the Municipalities are hereby enjoined from pursuing the claims against each of the Settling Defendants.

_____
United States District Judge