# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: LIQUID ALUMINUM SULFATE ANTITRUST LITIGATION | 16-md-2687 (JLL)(JAD) |
| This Document Relates to: ALL ACTIONS | |

## ORDER GRANTING MOTION TO WITHDRAW DANIEL C. HEDLUND AS COUNSEL OF RECORD FOR PLAINTIFFS WATER, LIGHT, POWER AND BUILDING COMMISSION OF THE CITY OF EAST GRAND FORKS, CITY OF DULUTH, CITY OF FERGUS FALLS, CITY OF ST. CLOUD, CITY OF ROCHESTER, METROPOLITAN COUNCIL, AND TEEMARK CORPORATION

The motion to withdraw Gustafson Gluek PLLC attorney Daniel C. Hedlund as counsel of records for Plaintiffs Water, Light, Power And Building Commission Of The City Of East Grand Forks, City Of Duluth, City Of Fergus Falls, City Of St. Cloud, City Of Rochester, Metropolitan Council, And Teemark Corporation in the above-captioned matter is GRANTED.

The Clerk of Court is ordered to remove Daniel C. Hedlund from the docket for this case.

Dated: 3/11/2021

_____
MAGISTRATE JUDGE MICHAEL A. HAMMER
UNITED STATES MAGISTRATE JUDGE

1