# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br>LIQUID ALUMINUM<br>SULFATE ANTITRUST LITIGATION<br><br><br>This document relates to ALL CASES | MDL 2687<br><br>Master Docket No: 16-md-2687<br><br>**ORDER OF DISMISSAL** |

This multidistrict litigation ("MDL") arises from allegations that the defendants conspired to fix prices; conspired to circumvent competitive bidding and independent pricing; and committed other anticompetitive practices designed to unlawfully fix, raise, maintain and stabilize the prices at which liquid aluminum sulfate was sold in the U.S., and the Court having been advised that the matter has fully resolved and the parties having made no objection to the dismissal of this matter;

**It is on this 13th day of July, 2022;**

**ORDERED** that the above captioned matter is dismissed.

                                             *s/Madeline Cox Arleo*
                                             HON. MADELINE COX ARLEO
                                             UNITED STATES DISTRICT JUDGE